**2017–0948. State ex rel. Davila v. Cuyahoga Cty. Bd. of Elections.**
In Mandamus. Relator has not filed his evidence and brief, due July 27, 2017, in compliance with the Rules of Practice of the Supreme Court of Ohio and therefore has failed to prosecute this cause with the requisite diligence. Cause dismissed.

*August 1, 2017*

2017-Ohio-7030.]

**2017–0044. Westerville City Schools Bd. of Edn. v. Franklin Cty. Bd. of Revision.**
Board of Tax Appeals, Nos. 2016–302 and 2016–422. On joint motion to remand the appeal to the Board of Tax Appeals. Cause remanded to the Board of Tax Appeals to take further action as appropriate.

**2016–0845. Cleveland Metro. Bar Assn. v. King.**
Sua sponte, Matthew Joseph King, Attorney Registration No. 0067189, last known business address in Cleveland, Ohio, found in contempt for failure to file an affidavit of compliance on or before June 22, 2017.

**2016–1496. Disciplinary Counsel v. Hoskins.**
Sua sponte, Robert Hansford Hoskins, Attorney Registration No. 0068550, last known business address in Cincinnati, Ohio, found in contempt for failure to surrender his certificate of admission and failure to file an affidavit of compliance on or before June 22, 2017.